COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 31, 2015
 No. 10-15-00446-CR
 CHRISTOPHER K. SCHMOTZER
 v.
 THE STATE OF TEXAS
 _______________
 
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 09-1287-CRF-85
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK
 
 By: ___________________________
 Nita Whitener, Deputy Clerk